Charles R. Kozak, Esq.
SBN No. 11179
Kozak & Associates, LLC
3100 Mill St., Suite 115
Reno, NV 89502
Phone: (775) 322-1239
Facsimile: (775) 800-1767
chuck@kozaklawfirm.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILA "EMILY" HANNAH THOMAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAREK SALMAN, an individual; TARIQ KAADAN, and individual, DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:20-CV-00447 |

### REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO SERVE SUMMONS AND COMPLAINT

COMES NOW, Plaintiff, EMILA "EMILY" HANNAH THOMAS ("Emily") by and through her counsel, CHARLES R. KOZAK, ESQ. of KOZAK & ASSOCIATES, LLC.ATTORNEY NAME AND FIRM, and hereby moves this Honorable Court for an Order extending the time within which to effectuate service of process of the Complaint and Summons filed herein on Defendants, TAREK SALMAN and TARIQ KAADAN.

///

1

DATED this 23rd day of September 2020.

By: /s/ Charles R. Kozak
CHARLES R. KOZAK, ESQ.
*Attorneys for Plaintiff*

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff, by and through her counsel, is seeking leave of this Honorable Court to extend the time within which to effectuate service of process of the Summons and Complaint for 120 days on Defendants.

In this case, a Complaint was filed in the above-entitled action on July 31, 2020, and a Summons was duly issued to Defendant. Plaintiff was unable to personally serve the Defendants with the Summons and Complaint and therefore filed an Ex Parte Motion for Alternative Service of Summons and Complaint. Said Motion was denied on September 23, 2020, with the Court giving leave to refile and correct.

As the 120 day time limit for service of the Summons on Defendants will expire on November 28, 2020, Plaintiff is respectfully requesting that this Honorable Court enter an Order allowing Plaintiff an extension of time within which to effectuate service of process of the Summons and Complaint on Defendant for a period of one hundred and twenty days (120) days, considering the complexity of out of country service.

Based upon the rules cited in the Courts Order, dated September 23, 2020, and the reasons more fully set forth in the Affidavit of counsel attached hereto, Plaintiff respectfully requests that her Request for Extension of Time Within Which to Serve Summons and Complaint in the above-entitled action be granted.

///

Dated this 23rd day of September 2020.    Respectfully submitted

By: /s/ Charles R. Kozak, Esq.
    CHARLES R. KOZAK, ESQ.
    (SBN No. 11179)
    KOZAK LAW, LLC
    3100 Mill St., Suite 115
    Reno, NV 89502
    Phone: (775) 322-1239
    Facsimile: (775) 800-1767
    chuck@kozaklawfirm.com

IT IS SO ORDERED.

Dated: September 24, 2020

_____
UNITED STATES MAGISTRATE JUDGE

**AFFIDAVIT OF CHARLES R. KOZAK, ESQ.**
**IN SUPPORT OF REQUEST FOR EXTENSION OF TIME WITHIN**
**WHICH TO SERVE SUMMONS AND COMPLAINT**

STATE OF NEVADA      )
                     ) ss:
COUNTY OF WASHOE     )

CHARLES R. KOZAK, ESQ., being first duly sworn, upon oath, deposes and says as follows:

1. That I am an attorney duly licensed to practice law in the State of Nevada and I represent the Plaintiff in the above-entitled action.

2. That I hereby make this Affidavit in support of the Request for Extension of Time Within Which to Serve Summons and Complaint pursuant to NRCP 6.

3. That Plaintiff's counsel prepared all the necessary documents required to commence the above-entitled action, and on July 31, 2020, Plaintiff filed a Complaint against the Defendants and a Summons was duly issued by the Clerk of the Court.

4. That on September 23, 2020, the above-entitled Court entered an Order denying Plaintiffs Ex Parte Motion for Alternative Service of Summons and Complaint.

5. Plaintiff was unable to locate and personally serve Defendants. This Court has been given leave to Amend the Motion for Alternative Service of Summons and Complaint.

6. As the 120 day time limit for service of the Summons will expire on November 28, 2020, and due to the complexity of service of out of country defendant(s), it is necessary that this Honorable Court enter an Order allowing Plaintiff an extension of time within which to effectuate service of process of the Summons and Complaint on Defendant for a period of one hundred and twenty days (120) days for completion of service and/or the filing of a corrected Motion for Alternative Service of Summons and Complaint.

7. Therefore, having shown good faith, your Affiant respectfully requests that an extension of time be granted within which to serve the Defendant for a period of one hundred and twenty days (120) days for the purpose of publication.

DATED this 23rd day of September 23, 2020.

_____
CHARLES R. KOZAK

SUBSCRIBED and SWORN to before me
by Charles R. Kozak, Esq.
this 23rd day of September 23, 2020.

_____
NOTARY PUBLIC in and for said
Washoe County and State of Nevada



DEDRA L. SONNE
Notary Public, State of Nevada
Appointment No. 18-2214-2
My Appt. Expires May 16, 2022