Charles R. Kozak, Esq.
SBN No. 11179
Kozak & Associates, LLC
3100 Mill St., Suite 115
Reno, NV 89502
Phone: (775) 322-1239
Facsimile: (775) 800-1767
chuck@kozaklawfirm.com
*Attorney for Emila "Emily" Hannah Thomas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMILA "EMILY" HANNAH THOMAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARIQ KAADAN, and individual, DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:20-CV-00447 |

### FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR MORE DEFINITE STATEMENT

Plaintiff EMILA "EMILY" HANNAH THOMAS and Defendant TARIQ KAADAN Hereby jointly stipulate and request through their attorneys of record that the Court continue the current deadline for Plaintiffs Response to Motion to Dismiss, or in the Alternative More Definite Statement from May 3, 2021 to May 17, 2021 pursuant to Rule 6.

///

///

1

| DATED this 1st May 2021. | DATED this 1st May 2021. |
|---|---|
| KOZAK & ASSOCIATES, LLC. | DOYLE LAW OFFICE, PLLC |
| /s/ Charles R. Kozask, Esq. | /s/ Roger S. Doyle, Esq. |
| _____ | _____ |
| Charles R. Kozak, Esq. | Roger S. Doyle, Esq. |
| SBN 11179 | SBN 10876 |
| 3100 Mill Street, Ste. 115 | 4600 Kietzke Lane, Suite I-207 |
| Reno, Nevada 89502 | Reno, Nevada 89502 |
| Tel: (775) 322-1239 | Tel: (775) 525-0889 |
| Fax: (775) 800-1767 | Email: admin@rdoylelaw.com |
| Email: Chuck@KozakLawFirm.com | *Attorney for Defendant Tariq Kaadan* |
| *Attorney for Emila "Emily" Hannah Thomas* | |

## **ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled First Request for Extension of Time to Respond to Defendant's Motion to Dismiss, or in the Alternative for more Definite Statement is GRANTED pursuant to Rule 6.

DATED this 3rd day of ___May___ 2021.

_____
U.S. District Judge

Respectfully submitted,

Kozak & Associates, LLC.

By: /s/ Charles R. Kozak
Charles R. Kozak, Esq.
(SBN 11179)
3100 Mill St., Ste 115
Reno, NV 89502
*Attorney for Emila "Emily" Hannah Thomas*